1  TRINETTE G. KENT (State Bar No. 222020)
   Lemberg Law, LLC
2  Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Telephone:  (480) 247-9644
4  Facsimile:  (480) 717-4781
5  E-mail: tkent@lemberglaw.com

6

7                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9  TONY WOO, DANIEL RIFKIN, AND              Case No.:19-cv-07042-MMC
10 DOUGLAS P. SCHWERT, on behalf of
   themselves and all others similarly       **STIPULATION OF DISMISSAL**
11 situated,                                  AND ORDER THEREON
12
            Plaintiffs,
13
14      v.

15
   AMERICAN HONDA MOTOR CO.,
16 INC., a California corporation,
17
            Defendant.
18
19
20
21
22
23
24
25
26
27
28

On October 18, 2021, the Court So Ordered a stipulation of dismissal as to the claims of Plaintiff Douglas P. Schwert (Doc. No. 61).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the remaining Plaintiffs, Tony Woo and Daniel Rifkin, along with Defendant American Honda Motor Co., Inc., by and through their counsel, hereby stipulate and agree to the dismissal of this action with prejudice and without costs to any party.

| Plaintiffs | Defendant |
|---|---|
| /s/ Trinette G. Kent | /s/ Michael B. Shortnacy |
| TRINETTE G. KENT | MICHAEL B. SHORTNACY |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

DATED: April 21, 2022